IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKIE LAYNE McCLELLAN, | 1:06-CV-0448 AWI LJO P |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |
| MACK WIMBISH, et al., | |
| Defendants. / | |

Plaintiff has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is presently confined at Atascadero State Hospital. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  <u>Page v. Torrey</u>, 201 F.3d 1136, 1140 (9th Cir. 2000).   Accordingly, the court will send plaintiff an application **by a non-prisoner** to proceed in forma pauperis used in regular civil actions.

Plaintiff will be provided the opportunity to submit an application to proceed in forma pauperis **by a non-prisoner**, **or** pay the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1

1.      The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis **for a non-prisoner;**

2.      Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    May 1, 2006**                                         /s/ Lawrence J. O'Neill
i0d3h8                                                                     UNITED STATES MAGISTRATE JUDGE

2