1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  RICKIE LAYNE MCCLELLAN,                    CASE NO. 1:05-CV-00448-AWI-LJO-P

10              Plaintiff,                    FINDINGS AND RECOMMENDATIONS
                                              RECOMMENDING PLAINTIFF'S MOTION
11     v.                                     FOR LEAVE TO PROCEED IN FORMA
                                              PAUPERIS BE DENIED AND PLAINTIFF BE
12  MACK WIMBISH, et al.,                     ORDERED TO SUBMIT $350.00 FILING FEE

13              Defendants.                   (Doc. 4)
                                        /

14

15         Plaintiff Rickie Layne McClellan ("plaintiff") is a civil detainee proceeding pro se in this

16  civil rights action pursuant to 42 U.S.C. § 1983.  On May 25, 2006, plaintiff filed a motion seeking

17  leave to proceed in forma pauperis.

18         Although plaintiff currently has only $72.75 in his trust account, plaintiff attested that he has

19  $3,989.91 in cash, or in a checking or savings account.  (Doc. 4.)  Further, plaintiff has no one

20  dependent upon him for support.  (Id.)  For those reasons, the court finds that plaintiff has the ability

21  to pay the $350.00 filing fee for this action and HEREBY RECOMMENDS that:

22         1.     Plaintiff's motion for leave to proceed in forma pauperis be DENIED; and

23         2.     Plaintiff be ordered to submit the $350.00 filing fee for this action.

24         These Findings and Recommendations will be submitted to the United States District Judge

25  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30)**

26  **days** after being served with these Findings and Recommendations, plaintiff may file written

27  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

28  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d

2  1153 (9th Cir. 1991).

3

4  IT IS SO ORDERED.

5  **Dated:     June 13, 2006**                        <u>     /s/ Lawrence J. O'Neill     </u>
   b9ed48                                 UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28