UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKIE LAYNE MCCLELLAN, | 1:06-cv-00448-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 5) |
| vs. | **ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** (Doc. 4) |
| MACK WIMBISH, et al., | |
| Defendants. | **ORDER DIRECTING PLAINTIFF TO SUBMIT $350.00 FILING FEE** |

Plaintiff Rickie Layne McClellan ("plaintiff"), a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 14, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 14, 2006, is ADOPTED IN FULL;

2. Plaintiff's motion for leave to proceed in forma pauperis is DENIED;

3. Plaintiff shall submit the $350.00 filing fee for this action within **thirty (30) days** from the date of service of this order; and

4. If plaintiff fails to submit the $350.00 filing fee within thirty days, this action shall be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   September 6, 2006**               **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE