# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKIE LAYNE MCCLELLAN,<br><br>          Plaintiff,<br><br>    v.<br><br>MACK WIMBISH, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:06-CV-00448-AWI-LJO-P<br><br>ORDER INSTRUCTING PLAINTIFF ON SERVICE OF PROCESS, AND REQUIRING PLAINTIFF TO SERVE DEFENDANTS WITHIN ONE-HUNDRED TWENTY DAYS<br><br>ORDER DIRECTING CLERK'S OFFICE TO PROVIDE PLAINTIFF WITH ONE SUMMONS, COPY OF COMPLAINT, AND ACCOMPANYING SERVICE DOCUMENTS |

I. <u>Order Directing Plaintiff to Initiate Service of Process</u>

Plaintiff Rickie Layne McClellan ("plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On September 28, 2006, plaintiff paid the filing fee in full for this action. Because plaintiff is not proceeding in forma pauperis, it is plaintiff's responsibility to effect service of the summons and complaint on defendants.[1] The only defendant identified by name in the complaint is Mack Wimbish. Therefore, the Clerk of the Court will be directed to issue one summons to plaintiff for purposes of service of process on defendant Wimbish ("defendant"). <u>See</u> Fed. R. Civ. P. 4. When and if plaintiff ascertains the identities of the other defendants, he may at that time request additional summonses for them.[2]

---

[1] Because plaintiff is a civil detainee, 28 U.S.C. § 1915A, which requires the court to screen complaints filed by prisoners, does not apply.

[2] This action will not remain pending indefinitely against the unnamed defendants and those defendants will be subject to future dismissal if plaintiff is unable to identify them.

1

Plaintiff shall complete service of process in accordance with Federal Rule of Civil Procedure 4 within one-hundred twenty (120) days from the date of service of this order. Plaintiff shall serve a copy of this order on defendant together with a summons and a copy of the complaint. The following two sections contain instructions on how to serve defendant.

  A. <u>Waiver of Service</u>

Pursuant to Rule 4(d)(2), plaintiff may (but is not required to) notify defendant of the commencement of this action and request that he waive service of the summons. Fed. R. Civ. P. 4(d)(2). If plaintiff wishes to do this, he must mail defendant (1) the form entitled "Notice of Lawsuit and Request for Waiver of Service for Summons," (2) the form entitled "Waiver of Service of Summons," and (3) a copy of the complaint. The documents must be addressed directly to the defendant and must be dispatched (mailed) through first-class mail. The Waiver of Service of Summons form must set forth the date on which the request is sent and must allow the defendant at least thirty (30) days in which to return the waiver to plaintiff. If defendant signs and returns the waiver form to plaintiff, plaintiff must then file the form with the court. After filing the form with the court, plaintiff need not take any further steps to serve defendant. Fed. R. Civ. P. 4(d)(4).

  B. <u>Personal Service</u>

If either (1) plaintiff does not wish to request defendant to waive service <u>or</u> (2) defendant fails to return the Waiver of Service of Summons form to plaintiff, plaintiff must have personal service effected on defendant. Defendant must be personally served with a summons and a copy of the complaint, along with a copy of this order. <u>Plaintiff may not effect personal service himself</u>. Fed. R. Civ. P. 4(c). <u>Service may be effected by any person who is not a party to this action and who is at least eighteen years old</u>. <u>Id</u>. The court will provide plaintiff with a copy of Rule 4 along with this order. Plaintiff should review Rule 4(e)(2), which addresses how personal service may be effected.

  C. <u>Conclusion</u>

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue and send plaintiff one (1) summons and (1) one copy of the complaint filed on April 18, 2006;

2. The Clerk is further directed to send plaintiff:

        a)      One (1) copy of the form entitled "Notice of Lawsuit and Request for Waiver of Service of Summons;"

        b)      One (1) copy of the form entitled "Waiver of Service;"

        c)      One (1) copy of the form entitled "Consent to Proceed Before United States Magistrate Judge" with instructions; and

        d)      One (1) copy of Rule 4 of the Federal Rules of Civil Procedure;

3. Plaintiff shall serve a copy of this order and a copy of the form "Consent to Proceed Before United States Magistrate Judge" on defendant at the time of service of the summons and complaint;

4. Plaintiff shall complete service of process on defendant within **one-hundred twenty (120) days** from the date of service of this order; and

5. Plaintiff's failure to timely complete service of the complaint on the defendant may result in dismissal of this action. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

**Dated:**   **November 30, 2006**             /s/ Lawrence J. O'Neill
i0d3h8                                           UNITED STATES MAGISTRATE JUDGE